# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

TRACEY MARSHALL,　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　Plaintiff　　　　　　　　 )
　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　) **Case No.:** 3:19-cv-00306-CWR-FKB
　　　　　　　　　　　　　　　　　)
PROGRESSIVE LEASING,　　　　　　 ) **STIPULATION TO STAY**
　　　　　　　　　　　　　　　　　) **PENDING ARBITRATION**
　　　　Defendant　　　　　　　　 )
　　　　　　　　　　　　　　　　　)

　　　　Plaintiff Tracey Marshall ("Plaintiff") and Defendant Progressive Leasing ("Defendant") (collectively, "the Parties"), through undersigned counsel, have agreed that this matter shall be resolved through private, binding arbitration with the American Arbitration Association ("AAA").

　　　　Therefore, the Parties having agreed to submit the claims in this lawsuit to private, binding non-judicial arbitration in accordance with the Parties' contractual agreement, it is hereby **ADJUDGED** and **ORDERED** that:

　　　　1.　　All of the claims in this lawsuit shall be submitted to binding non-judicial arbitration through AAA pursuant to the Parties' contractual agreement;

　　　　2.　　This case is stayed pending the outcome of binding non-judicial arbitration;

3. The Parties shall notify the Court within thirty (30) days of the conclusion of binding non-judicial arbitration or other resolution of the case; and

4. This case shall be dismissed with prejudice if binding non-judicial arbitration is not initiated by Plaintiff within 60 days of the date of this Order.

**IT IS SO ORDERED**.

BY THE COURT:

DATED:_____, 20____        District Judge Carlton W. Reeves

Magistrate Judge F. Keith Ball

**STIPULATED AND AGREED TO:**

Date: 12/26/19                By: */s/ Amy L.B. Ginsburg*

Amy Lynn Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
aginsburg@creditlaw.com
Attorneys for Plaintiff (pro hac vice)

/s/

/s/ *Jenny Perkins*
Jenny Perkins, Esq.
Daniel McKenna, Esq.
Ballard Spahr, LLP
1735 Market Street
51st Floor
Philadelphia PA 19103-7599
*Attorneys for Defendant,*
*Progressive Leasing, LLC (admitted pro hac vice)*

STIPULATION TO STAY PENDING PRIVATE ARBITRATION