# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| TRACEY MARSHALL,<br><br>                  Plaintiff,<br>vs.<br><br>PROGRESSIVE LEASING,<br><br>                  Defendant. | **Civil Action No.: 3:19-cv-00306-CWR-FKB** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Tracey Marshall, and the Defendant, Progressive Leasing, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees and costs.

RESPECTFULLY SUBMITTED THIS 2nd DAY OF FEBRUARY 2021

*/s/ Amy L. B. Ginsburg*
Amy L. B. Ginsburg, Esq.
(Admitted Pro Hac Vice)
Kimmel & Silverman, P.C.
30 East Butler Avenue
Ambler, PA 19002
Telephone: (267) 468-5374
E-mail: teamkimmel@creditlaw.com

Christopher E. Kittel
The Kittell Law Firm
P.O. Box 568
283 Losher Street, Suite B
Hernando, MS 38632
Telephone: (662) 298-8772
Email: ckittell@kittell-law.com
*Counsel for Plaintiff Tracey Marshall*

/s/ *Jenny N. Perkins*
Jenny N. Perkins, Esq.
(Admitted Pro Hac Vice)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 864-8378
Email: perkinsj@ballardspahr.com

John Chase Bryan
Young Wells Williams, PA
P.O. Box 6005
141 Township Ave., Ste. 300 (39157-8964)
Ridgeland, MS 39158
Telephone (601) 948-6100
Email: cbryan@youngwells.com
*Counsel for Defendant Progressive Leasing*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on, February 2, 2021, a true and correct copy of the foregoing Stipulation of Dismissal was served by ECF upon all counsel of record.

                                               */s/ Amy L.B. Ginsburg*
                                               Amy L.B. Ginsburg